FILED
2009 Jan-30  PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARL GREEN, ] | |
| ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | CIVIL ACTION NO. |
| ] | 2:08-CV-1299-RDP-RRA |
| WARDEN GARY HETZEL, et al., ] | |
| ] | |
|     Respondents. ] | |

## MEMORANDUM OPINION

This case is before the court on Petitioner Carl Green's Petition for Writ of Habeas Corpus. (Doc. #1). The magistrate judge entered a Report and Recommendation (Doc. #13) which recommended that the action be dismissed. No objections have been filed. The court has considered the entire file in this action, including the Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendations of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

    **DONE** and **ORDERED** this _____30th_____ day of January, 2009.

                                                    _____
                                                   **R. DAVID PROCTOR**
                                                   UNITED STATES DISTRICT JUDGE